IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


LINDA S. GAGE                                                                    PLAINTIFF


v.                              NO. 3:16-cv-00344 PSH


NANCY A. BERRYHILL, Acting Commissioner                     DEFENDANT
of the Social Security Administration


ORDER


Pursuant to the Memorandum Opinion and Order entered this day, judgment is

entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 27th day of June, 2017.


_____
UNITED STATES MAGISTRATE JUDGE